E-FILED 6/16/16

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GARY CRAIG HADDOCK,<br><br>　　　　Plaintiff,<br>vs.<br><br>COUNTRYWIDE BANK, N.A.;<br>COUNTRYWIDE HOME LOANS,<br>INC; COUNTRYWIDE FINANCIAL<br>CORPORATION; BANK OF<br>AMERICA, N.A.; BAC HOME LOAN<br>SERVICING, L.P.; THE BANK OF<br>NEW YORK MELLON fka The Bank<br>of New York as Trustee for the Holders<br>of CWALT, INC., ALTERNATIVE<br>LOAN TRUST 2007-OA4 Mortgage<br>Pass-through Certificates, Series 2007-<br>OA4; MERITPLAN INSURANCE<br>COMPANY; NEWPORT INSURANCE<br>COMPANY; BALBOA INSURANCE<br>COMPANY; QBE FIRST<br>INSURANCE AGENCY; SELECT<br>PORTFOLIO SERVICING, INC.<br><br>　　　　Defendants. | Case No. 2:14-cv-06452-PSG-FFM<br><br>*Honorable Philip S. Gutierrez*<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO SET DATE FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE OPERATIVE COMPLAINT** |

[PROPOSED] ORDER

~~[PROPOSED]~~ **ORDER**

Upon consideration of the Joint Stipulation to Set Date for Defendants to Answer or Otherwise Respond to the Operative Complaint, and good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. Defendants need not answer or otherwise respond to the Second Amended Complaint ("SAC") before June 23, 2016;

2. If Plaintiff does not file a Third Amended Complaint ("TAC") by June 23, 2016, Defendants must answer or otherwise respond to the SAC by **July 7, 2016** ~~2017~~;

3. If Plaintiff files a TAC by June 23, 2016, Defendants must answer or otherwise respond to the TAC by **July 7, 2016** ~~2017~~;

4. If any of the Defendants files a Rule 12(b) motion in response to the TAC (if filed), the hearing date for any such motion(s) shall be set for no earlier than August 22, 2016, with Plaintiff's respective opposition(s) due 28 days before the hearing date so set.

**IT IS SO ORDERED.**

Dated: 6/16, 2016

PHILIP S. GUTIERREZ

Hon. Philip S. Gutierrez
UNITED STATES DISTRICT JUDGE