E-FILED: 07/05/16

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| GARY CRAIG HADDOCK, | Case No. 2:14-cv-06452-PSG-FFM |
|---|---|
| Plaintiff, | *Honorable Philip S. Gutierrez* |
| vs. | [PROPOSED] **ORDER GRANTING JOINT STIPULATION TO REMOVE BALBOA INSURANCE COMPANY AS A DEFENDANT IN THE THIRD AMENDED COMPLAINT** |
| COUNTRYWIDE BANK, N.A.; COUNTRYWIDE HOME LOANS, INC; COUNTRYWIDE FINANCIAL CORPORATION; BANK OF AMERICA, N.A.; BAC HOME LOAN SERVICING, L.P.; THE BANK OF NEW YORK MELLON fka The Bank of New York as Trustee for the Holders of CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OA4 Mortgage Pass-through Certificates, Series 2007-OA4; MERITPLAN INSURANCE COMPANY; NEWPORT INSURANCE COMPANY; BALBOA INSURANCE COMPANY; QBE FIRST INSURANCE AGENCY; SELECT PORTFOLIO SERVICING, INC. | |
| Defendants. | |

**[PROPOSED] ORDER**

Upon consideration of the Joint Stipulation to Remove Balboa Insurance Company ("BIC") as a Defendant in the Third Amended Complaint ("TAC"), and good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. BIC is not a defendant in the TAC;
2. BIC is not required to answer or otherwise respond to the TAC;
3. BIC's name shall be removed from the caption page of the TAC.

**IT IS SO ORDERED.**

Dated: _____07/05_____, 2016

PHILIP S. GUTIERREZ
_____
Hon. Philip S. Gutierrez
UNITED STATES DISTRICT JUDGE