E-FILED
JUN - 1 2017
Document # _____

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GARY CRAIG HADDOCK,<br><br>  Plaintiff,<br>vs.<br><br>COUNTRYWIDE BANK, N.A., COUNTRYWIDE HOME LOANS, INC; COUNTRYWIDE FINANCIAL CORPORATION; BANK OF AMERICA, N.A.; BAC HOME LOAN SERVICING, L.P.; THE BANK OF NEW YORK MELLON fka The Bank of New York as Trustee for the Holders of CWALT, INC., ALTERNATIVELY LOAN TRUST 2007-OA4 Mortgage Pass-through Certificates, Series 2007-OA4; MERITPLAN INSURANCE COMPANY; NEWPORT INSURANCE COMPANY; QBE FIRST INSURANCE AGENCY; SELECT PORTFOLIO SERVICING, INC.<br><br>  Defendants. | Case No. 2:14-cv-06452-PSG-FFM<br><br>[PROPOSED] ORDER GRANTING SECOND JOINT STIPULATION REQUESTING EXTENSION OF TIME TO COMPLETE SETTLEMENT DOCUMENTS AND FILE DISMISSAL WITH PREJUDICE<br><br>Judge: Hon. Philip S. Gutierrez<br>Courtroom:   880 |

**[PROPOSED] ORDER**

Upon consideration of the Second Joint Stipulation For Extension Of Time To Complete Settlement Agreement And File Dismissal With Prejudice, and good cause appearing,

**IT IS HEREBY ORDERED** that the Parties shall have an extension of time until and including June 21, 2017 to prepare and execute the necessary settlement documents.

**IT IS FURTHER ORDERED** that the Parties will file a stipulation of voluntary dismissal with prejudice no later than June 21, 2017.

**IT IS SO ORDERED.**

Dated: 5/31, 2017

_____
Hon. Philip S. Gutierrez
UNITED STATES DISTRICT JUDGE