SHINAAN S. KRAKOWSKY [SBN 100972]
HAYES F. MICHEL [SBN 141841]
Krakowsky Michel
1925 Century Park East, Suite 2050
Los Angeles, CA 90067
Email: ssk@krakowskymichel.com
Email: hmichel@krakowskymichel.com
Tel: (310) 277-0262

TERESA STRALEY
Teresa Straley Law
SBN 248299
5556 South Centinela Avenue, Suite 8
Los Angeles, California 90066
Telephone: (310) 339-8815
Email: Teresa@tstraleylaw.com

Attorneys for Plaintiff
GARY CRAIG HADDOCK

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GARY CRAIG HADDOCK,<br><br>            Plaintiff,<br><br>     vs.<br><br>COUNRYWIDE BANK, N.A., COUNTRYWIDE HOME LOANS, INC; COUNTRYWIDE FINANCIAL CORPORATION; BANK OF AMERICA, N.A.; BAC HOME LOAN SERVICING, L.P.; THE BANK OF NEW YORK MELLON fka The Bank of New York as Trustee for the Holders of CWALT, INC., ALTERNATIVELY | CASE NO. 2:14-cv-06452-PSG (FFMx)<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [FED. R. CIV. PROC. 41(a)(1)(A)(ii)]** |

1

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [RULE 41(a)(1)(A)(ii)]

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | LOAN TRUST 2007-OA4 Mortgage Pass-through Certificates, Series 2007-OA4; MERITPLAN INSURANCE COMPANY; NEWPORT INSURANCE COMPANY; QBE FIRST INSURANCE AGENCY; SELECT PORTFOLIO SERVICING, INC.<br><br>            Defendants. |

This Stipulation ("Stipulation") is made by and between Plaintiff Gary Craig Haddock ("Plaintiff"); Countrywide Home Loans, Inc.; Countrywide Financial Corporation; Bank of America, N.A., for itself and as successor by merger to BAC Home Loan Servicing, L.P. and Countrywide Bank, N.A.; and The Bank of New York Mellon fka The Bank of New York as Trustee for the Holders of CWALT, Inc., Alternative Loan Trust 2007-OA4 Mortgage Pass-through Certificates, Series 2007-OA4 (collectively, the "BANA Defendants"); QBE FIRST Insurance Agency, Inc. n/k/a NGLS Insurance Services, Inc.; Meritplan Insurance Company; and Newport Insurance Company (collectively, the "QBE Defendants"); and Defendant Select Portfolio Servicing, Inc. ("SPS," and with the BANA Defendants and the QBE Defendants, "Defendants"), by and through their respective attorneys of record. Plaintiff and Defendants may be referred to collectively as the "Parties."

Pursuant to the Confidential Settlement Agreement entered into between the Parties, IT IS HEREBY STIPULATED as follows:

1.   That the present action be dismissed, with prejudice, as to all Parties and all Claims for Relief, in accordance with Fed. R. Civ. Proc. 41(a)(1)(A)(ii);

2.   All Parties shall bear their own attorneys' fees and costs;

3.   All Parties waive their rights of appeal;

4.   The Court retains jurisdiction to enforce the Parties' confidential settlement agreement.

**SO STIPULATED:**

Dated: June 21, 2017     Respectfully submitted,

KRAKOWSKY MICHEL

By: ___/s/ Shinaan S. Krakowsky___
      Shinaan S. Krakowsky [1]
Attorneys for Plaintiff

Dated: June 21, 2017     MCGUIREWOODS LLP

By: ___/s/  Carolee Anne Hoover___
      Attorneys for Defendants
Countrywide Home Loans, Inc.;
Countrywide Financial Corporation; Bank of America, N.A., for itself and as successor by merger to BAC Home Loan Servicing, L.P. and Countrywide Bank, N.A.; and The Bank of New York Mellon fka The Bank of New York as Trustee for the Holders of CWALT, Inc., Alternative Loan Trust 2007-0A4 Mortgage Pass-Through Certificates, Series 2007-0A4

---

[1] Pursuant to Rule 5-4.3.4(a)(2)(i) of the Central District's Local Rules, I attest that all of the signatories identified herein, and on whose behalf this filing is submitted, concur in the filing's content.

| | | |
|---|---|---|
| 1 | Dated: June 21, 2017 | BUCKLEY SANDLER LLP |
| 2 | | |
| 3 | | |
| 4 | | By: */s/ Dustin A. Linden* |
| 5 | | Dustin A. Linden |
| | | Attorneys for Defendants |
| 6 | | QBE First Insurance Agency, Inc. n/k/a |
| | | NGLS Insurance Services, Inc.; MeritPlan |
| 7 | | Insurance Company; and Newport |
| 8 | | Insurance Company |
| 9 | | |
| 10 | Dated: June 21, 2017 | LOCKE LORD LLP |
| 11 | | |
| 12 | | By: */s/ Aileen D. Ocon* |
| 13 | | Aileen D. Ocon |
| | | Attorneys for Defendant |
| 14 | | Select Portfolio Servicing, Inc. |